1  Justin G. Witkin
   Aylstock, Witkin, Kreis & Overholtz, PLLC
2  55 Baybridge Drive,
   Gulf Breeze, FL 32561
3  (850) 916-7450 Phone
   (850) 932-0280 Fax
4  Attorneys for Plaintiffs

5

6

7                    UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11 | IN RE: BEXTRA AND CELEBREX
   | MARKETING SALES PRACTICES AND          **MDL NO. 1699**
12 | PRODUCT LIABILITY LITIGATION            **District Judge: Charles R. Breyer**

13 | This Document Relates To:

14 | Carolyn Downs and Tanya Fleming, individually
15 | and for the Estate of Samuel Downs, Deceased   **STIPULATION AND ORDER OF**
   | v. Pfizer, Inc.                                **DISMISSAL WITH PREJUDICE**
16 | 08-1018 CRB

17

18        Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

19  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

20  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

21  each side bearing its own attorneys' fees and costs.

22

23

24        DATED: December 30, 2009        By: ⌒‿⌒

25
                                           Aylstock, Witkin, Kreis & Overholtz, PLLC
26                                         55 Baybridge Drive,
                                           Gulf Breeze, FL 32561
27                                         (850) 916-7450 Phone
                                           (850) 932-0280 Fax
28
                                    -1-

   STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
   EAST\42626994.1

1          *Attorneys for Plaintiffs*

2     DATED:  Jan. 26, 2010     By: _____

3

4                         **DLA PIPER LLP (US)**
                          1251 Avenue of the Americas
5                         New York, New York 10020
                          Telephone: 212-335-4500
6                         Facsimile: 212-335-4501

7                         *Defendants' Liaison Counsel*

8

9     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
      IT IS SO ORDERED.**
10

11

12    Dated: FEB 2 2 2010     _____
                              Hon. Charles R. Breyer
13                            United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   -2-